UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PRITCHARD and JULIE PRITCHARD,<br><br>    Plaintiffs,<br><br>vs.<br><br>SPACE COAST CREDIT UNION and PROFESSIONAL RECOVERY SERVICES, INC,<br><br>    Defendants. | CASE No. 1:14-CV-01407-AWI-MJS<br><br>ORDER GRANTING MOTION TO DISMISS ACTION<br>(Doc. 19)<br><br><br><br>Judge: Hon. Anthony W. Ishii |

  IT IS HEREBY ORDERED that the Joint Motion to Dismiss Action is GRANTED. Pursuant to Federal Rule of Civil Procedure 41(a), this action is DISMISSED with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 3, 2015      _____
                  SENIOR DISTRICT JUDGE